LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, ESQ. (SBN# 69888)
7767 Oakport St., Suite 1120
Oakland, Ca. 94621
Email: John.Burris@johnburrislaw.com
Phone: (510) 839-5200

LAW OFFICES OF STEVEN R. YOURKE
STEVEN R. YOURKE, ESQ. (SBN#118506)
7767 Oakport St., Suite 1120
Oakland, Ca. 94621
Email: Steven.Yourke@johnburrislaw.com
Phone: (510) 839-5200

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GODFREY, | CASE NO.: C–08–05688 SI |
| Plaintiff, | **STIPULATION TO DISMISS ACTION WITH PREJUDICE & PROPOSED ORDER** |
| vs. | |
| CITY OF MARTINEZ, et al., | |
| Defendants. | |

The parties to this action do hereby agree as follows:

Plaintiff DANNY GODFREY hereby consents to the dismissal of this action with prejudice as to all defendants; in exchange for such dismissal, all defendants to this action do hereby agree to waive their right to recover from said Plaintiff any and all fees to which they may be entitled under law.

//

//

| | | |
|---|---|---|
| 1 | Dated: X 4-23-09, 2009 | X _Danny Godfrey_<br>Danny Godfrey, Plaintiff |
| 2 | | |
| 3 | | |
| 4 | Dated: 4/23/09, 2009 | _John Burris_ |
| 5 | | LAW OFFICES OF JOHN L. BURRIS<br>John L. Burris, Esq. |
| 6 | | Attorney for Plaintiff<br>DANNY GODFREY |
| 7 | | |
| 8 | Dated: 4/24, 2009 | |
| 9 | | McNAMARA, DODGE, NEY, et al. |
| 10 | | James V. Fitzgerald III, Esq.<br>Noah G. Blechman, Esq. |
| 11 | | Attorneys for defendants CITY OF |
| 12 | | MARTINEZ, TOM SIMONETTI and<br>KEVIN BUSCIGLIO |
| 13 | | |
| 14 | Dated: 4 24, 2009 | |
| 15 | | |
| 16 | | LAW OFFICES OF JOHN F. MARTIN<br>John F. Martin, Esq. |
| 17 | | Attorney for defendants CONTRA<br>COSTA COUNTY and WARREN |
| 18 | | RUPF |

Stipulation to Dismiss Action and Waive Costs     2

| | | |
|---|---|---|
| 1 | Dated: _____, 2009 | _____ |
| 2 | | Danny Godfrey, Plaintiff |

Dated: _____, 2009

_____
LAW OFFICES OF JOHN L. BURRIS
John L. Burris, Esq.
Attorney for Plaintiff
DANNY GODFREY

Dated: _____, 2009

_____
McNAMARA, DODGE, NEY, et al.
James V. Fitzgerald III, Esq.
Noah G. Blechman, Esq.
Attorneys for defendants CITY OF MARTINEZ, TOM SIMONETTI and KEVIN BUSCIGLIO

Dated: _____, 2009

_____
LAW OFFICES OF JOHN F. MARTIN
John F. Martin, Esq.
Attorney for defendants CONTRA COSTA COUNTY and WARREN RUPF

## ORDER

Pursuant to the stipulation of all parties to this action, this action is hereby dismissed with prejudice as to all parties and all parties shall bear their own costs of suit.

*Susan Illston* (signature)

_____
Hon. Susan Illston
United States District Court, No. Cal.

---

Stipulation to Dismiss Action and Waive Costs     2